**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |  |
|---|---|---|
| **FLYLAND DESIGNS, INC. et al.,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No.: 3:26-cv-00265** |
| **WET WORKS IMAGING, LLC,** | ) ) | |
| **Defendant.** | ) ) ) | |

## NOTICE OF APPEARANCE OF COUNSEL

On behalf of the Defendant, Wet Works Imaging, LLC, Derrick M. Davis of Trust Tree

Legal, P.C. hereby enters his appearance as counsel of record in the above-captioned matter.

Respectfully submitted on this, the 28th day of May, 2026.

Dated: May 28, 2026

s/Derrick M. Davis/
Derrick M. Davis (TN BPR No. 037122)
**TRUST TREE LEGAL, P.C.**
798 Berry Road #41400
Nashville, Tennessee 37204
Derrick M. Davis (TN Bar No. 037122)
Telephone: (865) 867-7500
Email: derrick@trusttree.com

*Attorneys for Defendant,*
*Wet Works Imaging, LLC*

1

**CERTIFICATE OF SERVICE**

On May 28, 2026, I served a copy of the foregoing Notice of Appearance of Counsel on the Docket through the CM/ECF system, which will send a copy to all Counsel of Record who have appeared.

s/Derrick M. Davis/
Derrick M. Davis