# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

### CASE NO.: 3:26-CV-00265

FLYLAND DESIGNS, INC. and JASON
MICHAEL HEUSER,

          Plaintiffs,

v.

WET WORKS IMAGING, LLC,

          Defendant.

## CONSENT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs Flyland Designs, Inc. and Jason Michael Heuser, by and through undersigned counsel, respectfully move this Court to continue the Initial Case Management Conference currently scheduled for June 10, 2026 at 9:30 a.m. before Magistrate Judge Frensley for a period of twenty-one (21) days, up to and including July 1, 2026. Defendant Wet Works Imaging, LLC does not oppose this motion. In support thereof, Plaintiffs state as follows:

1.      On March 6, 2026, Plaintiffs Flyland Designs, Inc. and Jason Michael Heuser (collectively, "Plaintiffs") filed their Complaint for Copyright Infringement and the removal of Copyright management information.

2.      The Court entered an Order setting an Initial Case Management Conference for June 10, 2026 pursuant to Local Rule 16.01. (ECF No. 7).

3.      On May 29, 2026, Defendant filed its Motion to Dismiss, to Sever, and in the Alternative, to Compel Joinder ("Motion"). (ECF No. 12).

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

4.      Plaintiffs intend to file an Amended Complaint in response to Defendant's Motion.

5.      Continuing the Initial Case Management Conference will provide the parties with additional time to confer on the Case Management Plan following the filing of the amended complaint.

WHEREFORE, Plaintiffs FLYLAND DESIGNS, INC. AND JASON MICHAEL HEUSER pray this Honorable Court to continue the Initial Case Management Conference for a period of twenty-one (21) days, up to and including July 1, 2026, and for such other and further relief as to this Court deems just and proper in the premises.

Dated: June 5, 2026                          Respectfully submitted,

 */s/Anthony J. Underwood*
ANTHONY J. UNDERWOOD
Tennessee Bar No.: 041350
aj.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Rd. NE
Suite 750
Atlanta, Georgia 30326-1353
470.200.0155 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Florida Bar No.: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs Flyland Designs, Inc. and*
*Jason Michael Heuser*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE